## Frances Hyman, Appellant, v. Zachary A. Bisig, Appellee.

**Gen. No. 45,103.** 

 Heard in the first division, first district, this court at the April term, 1950. Daniel A. Costigan and Robert P. Sullivan, for appellant; Charles T. Shanner and Ollie E. Stone, of counsel; Burt A. Crowe, for appellee; Carl E. Abrahamson, of counsel. Opinion by JUSTICE FEINBERG. **Not to be published in full.** Opinion filed June 19, 1950; released for publication September 7, 1950.